```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08933
   GILISA R BROWN MORRIS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

       Debtor
   SSN XXX-XX-4697

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/26/2006 and was confirmed 09/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.00%.

     The case was dismissed after confirmation 10/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
CODILIS & ASSOCIATES ^   NOTICE ONLY     NOT FILED             .00             .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00             .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    12373.50             .00           76.39
ECAST SETTLEMENT CORP    UNSECURED         3393.35             .00             .00
RESURGENT CAPITAL SERVIC UNSECURED          717.46             .00             .00
CHASE                    UNSECURED        NOT FILED            .00             .00
CHECK RECOVERY SYSTEMS   UNSECURED        NOT FILED            .00             .00
CITIFINANCIAL            UNSECURED        NOT FILED            .00             .00
CLIENT SERVICES          NOTICE ONLY      NOT FILED            .00             .00
COLLECTION COMPANY OF AM NOTICE ONLY      NOT FILED            .00             .00
GENERAL MOTORS ACCEPTANC SECURED            500.00           34.28          185.61
ECAST SETTLEMENT CORP    UNSECURED         2115.66             .00             .00
NICOR GAS                UNSECURED        NOT FILED            .00             .00
NICOR GAS                UNSECURED         1358.94             .00             .00
RICHARD A SNOW           NOTICE ONLY      NOT FILED            .00             .00
RECOVERY MANAGEMENT SYST UNSECURED          810.90             .00             .00
WELLS FARGO FINANCIAL IL UNSECURED          615.58             .00             .00
*MACEY & ALEMAN          DEBTOR ATTY      2,200.00                         2,200.00
TOM VAUGHN               TRUSTEE                                             153.72
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                2,650.00

PRIORITY                                          .00
SECURED                                        262.00
    INTEREST                                    34.28
UNSECURED                                         .00
ADMINISTRATIVE                               2,200.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08933 GILISA R BROWN MORRIS
```

```
TRUSTEE COMPENSATION                                       153.72
DEBTOR REFUND                                                 .00
                                      ---------------   ---------------
TOTALS                                      2,650.00         2,650.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE